IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZETTE VARGAS, et al. | : | |
| | : | CIVIL ACTION |
| v. | : | No. 11-2639 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |

O'NEILL, J.

## **ORDER**

AND NOW, on this 18th day of November, 2013, upon consideration of defendants the City of Philadelphia, police officers Keith White and Matthew Blaszczyk's motion for summary judgment and plaintiff Lizette Vargas' response thereto, it is hereby ORDERED that defendants' motion is GRANTED.

And it is further ordered that JUDGMENT is entered in favor of defendants City of Philadelphia, police officers Keith White and Matthew Blaszczyk and against plaintiff Lizette Vargas, individually and as administratrix of the estate of Tabitha Gonzalez.

                                                                                       ___/s/ Thomas O'Neill_____
                                                                                      THOMAS N. O'NEILL, JR., J.